## HEELING SPORTS LIMITED, Plaintiff–Appellant,

v.

## LINSON INTERNATIONAL, INC., Defendant–Appellee.

### No. 05–1137.

United States Court of Appeals, Federal Circuit.

Feb. 17, 2005.

ON MOTION

*ORDER*

Upon consideration of Heeling Sports Limited's unopposed motion to voluntarily dismiss its appeal and to bear the costs associated with the appeal,

IT IS ORDERED THAT:

The motion is granted.

## BJI ENERGY SOLUTIONS, LLC, Plaintiff–Appellant,

v.

## SUNPARK ELECTRONICS CORP., Defendant–Cross Appellant.

## Bji Energy Solutions, LLC, Plaintiff–Appellant,

v.

## C.F. (Jim) Chao, Defendant–Appellee.

### No. 04–1560, 04–1606, 05–1078.

United States Court of Appeals, Federal Circuit.

Feb. 18, 2005.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).